# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| XIUMIN LI, | § |
| Plaintiff, | § |
| v. | § Civ. Action No. 3:17-CV-1662-B |
| DALLAS MUNICIPAL COURT, | § |
| Defendants. | § |

## ORDER

Pursuant to *Special Order No. 3-251*, this *pro se* case has been automatically referred for judicial screening. On August 10, 2017, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) because the plaintiff had failed to file an amended complaint and either pay the filing fee or file an application to proceed *in forma pauperis* within fourteen days as ordered, despite notice that failure to do so could result in the dismissal of her case. (*See* doc. 10.) On August 24, 2017, the plaintiff filed file an amended complaint and an application to proceed *in forma pauperis*. (*See* docs. 11, 12.) Accordingly, the August 10, 2017 findings, conclusions, and recommendation for dismissal are hereby **VACATED**.

**SO ORDERED this 25th day of August, 2017.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE